R. F. TAYLOR, Chief-Justice,
MILTON H. MABRY,
FRANCIS B. CARTER.

## MEMORANDUM DECISIONS.

ARTHUR BROWN, APPELLANT, VS. JOHN B. WOOD, APPELLEE.

Appeal from Circuit Court of Volusia county.

*Isaac A. Stewart,* for Appellant.

*E. K. Foster,* for Appellee.

This action was brought by the appellant against the appellee. There was verdict for the defendant, and the plaintiff appeals. Appeal dismissed because no final judgment is shown by the transcript.

Decision Per Curiam.